UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.                                              CRIMINAL ACTION NO:        4:06CR-23-C

ANTONIO R. HENRY                                                                          DEFENDANT

**REPORT AND RECOMMENDATION**

This matter came before the Magistrate Judge on January 3, 2008 to conduct a final revocation hearing based on a petition for alleged violations of supervised release filed by the U.S. Probation Office (DN 47).  There appeared Rob Bonar, Assistant United States Attorney, and the defendant, Antonio Henry, in person, with Keith Kamenish, retained counsel.  The proceedings were reported by Alan Wernecke, Official Court Reporter.

The defendant, through counsel, stipulated to the violations in the petition and the U.S. Probation Office Memorandum dated December 6, 2007.  In addition, the defendant, through counsel orally waived the final revocation hearing on the record on January 3, 2008 and his right to allocution before the District Judge. Without objection by the United States, and by agreement of the U.S. Probation Officer and counsel for the defendant, a twenty-one (21) month term of imprisonment with no reimposition of supervised release is recommended in this case.

**RECOMMENDATION**

The Magistrate Judge has reviewed the record and therefore, recommends to the District Court that the 36 month term of supervised release imposed in this case on September 22, 2006, and which began on October 6, 2006 be revoked for the reasons set forth below:

The defendant tested positive for Cocaine on December 5, 2007.

Under the Sentencing Guidelines, the defendant's violation conduct constitutes a Grade B violation. His criminal history category determined at the time of the original sentence was VI. Therefore, the advisory range of imprisonment applicable upon revocation in this case is 21 to 24 months. Based on the recommendation of the United States Probation Office, and consistent with the agreed recommendation of the United States and counsel for the defendant, the Magistrate Judge concurs that the imposition of 21 months custody is appropriate given the seriousness of the violations. It is also recommended that the defendant be enrolled in a suitable drug treatment program during his incarceration.

## CONCLUSION

The Magistrate Judge recommends that the 36-month term of supervised release imposed in this case on September 22, 2006, and which began on October 6, 2006 be revoked, and that the defendant be sentenced to twenty-one (21) months custody, with no supervised release to follow.

Copies to:
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant

## NOTICE

Within ten (10) days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd., 474 U.S. 140 (1985). 28 U.S.C. Section 636(b)(1)(C); Fed.R.Civ.P. 72(b).

0 15