UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

CRIMINAL CASE NO.  06-23

UNITED STATES OF AMERICA                                                                 PLAINTIFF

**ORDER**

vs.

ANTONIO R. HENRY                                                                                 DEFENDANT

* * * * *

The Magistrate Judge having issued a Report and Recommendation on defendant's alleged supervised release violation, and the defendant having waived his right of allocution,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**.

**IT IS FURTHER ORDERED** that the term of supervised release of the defendant is revoked, that the defendant is committed to the custody of the Bureau of Prisons for a term of twenty-one (21) months, and that no further term of supervised release is imposed.

Signed on  January 23, 2008

**Jennifer B. Coffman, Judge**
**United States District Court**